UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENCHUN CHEN<br><br>        Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>        Defendants. | 24-CV-6313 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As per my Order dated September 11, 2024 (ECF 11), the parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by November 7, 2024. The parties have not complied.

    I am sua sponte extending the deadline nunc pro tunc until **Wednesday, November 13, 2024, at 5:00 PM.**

DATED:    New York, New York
                November 12, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge