UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENCHUN CHEN,<br><br>      Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>      Defendants. | 24-CV-6313 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On May 19, 2025, I granted Defendant Kyaw Aung's request to file an answer by May 30, 2025. (*See* ECF 45.) To date, Defendant Kyaw Aung has neither filed his answer nor requested an extension of time to do so. I am sua sponte and nunc pro tunc extending the deadline for Defendant to file his answer until **June 5, 2025**.

DATED:  New York, New York
      June 3, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge