UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENCHUN CHEN<br><br>                Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                Defendants. | 24-CV-6313 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff may file a revised proposed second amended complaint by **October 7, 2025**.

Defendants shall have until **October 14, 2025**, to file a letter on the docket indicating whether they consent to the proposed second amended complaint.

DATED:    New York, New York
               September 30, 2025

                                                SO ORDERED.

                                                *[signature]*
                                              **ROBYN F. TARNOFSKY**
                                              United States Magistrate Judge