

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SEAMUS O'CONNOR**
Assistant Corporation Counsel
Phone: (212) 356-2337
Fax: (212) 356-3509
Email: seoconno@law.nyc.gov

March 6, 2026

<u>**VIA ECF**</u>
Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

> **MEMO ENDORSED**
> **(page 2)**

     Re:   <u>Yenchun Chen v. City of New York, et al.</u>,
             24 Civ. 6313 (JHR) (RFT)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for Defendant City of New York in the above-referenced matter. I write to respectfully request adjourn the deadline to submit a summary judgment motion until Your Honor rules on the Report and Recommendation. Plaintiff's counsel, Adrian Ellis, consents to this request.

By way of background, plaintiff Yenchun Chen filed the instant § 1983 action against defendant City of New York in August of this year alleging denial of medical care and deliberate indifference to safety. (ECF No. 1.) Plaintiff filed a motion to amend the Complaint on October 24, 2025 which Defendants opposed. (ECF No. 66) This motion was fully briefed on November 7, 2025. (ECF No. 71) Expert discovery ended on January 30, 2026. (ECF No. 72) On February 4, 2026 Judge Tarnofsky filed her Report and Recommendation to deny Plaintiff's motion to amend. (ECF No. 74) On February 18, 2026, Plaintiff filed his Objections to Judge Tarnofsky's Report and Recommendation. (ECF No. 75)

Defendants sincerely apologize for not filing this request sooner. The undersigned was focusing on responding to Plaintiff's Objections in this case and a motion in another matter and this request escape the undersigned attention. The reason Defendants ask for the summary judgment motion deadline to be adjourned until the Court's decision for the report and recommendation is that the Court has not decided whether the Proposed Amended Complaint is the operative Complaint. Plaintiff has filed Objections to Judge Tarnofsky's report and recommendation and Defendants replied Plaintiff's Objections. It is unclear at this stage whether

the original Complaint or the proposed Amended Complaint is going to be the operative document in this case. If Your Honor intends to reject or modify Judge Tarnofsky's Report and Recommendation that will include new parties that would need to be served and answer the Amended Complaint. Defendants to determine whether to represent the new defendants in this lawsuit. If Defendants decide to represent these newly added defendants, Defendants would seek to move for summary judgment on their behalf as well. To avoid having multiple motions for the same subject matter and conserve judicial attention and resources, Defendants respectfully request the deadline to file for summary judgment be adjourned until Your Honor decides whether to adopt or reject Judge Tarnofsky's Report and Recommendation.

Defendants thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Seamus O'Connor*

Seamus O'Connor
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **BY ECF**
Adrian A Ellis
Law Office of Adrian A. Ellis, LLC
26 Court Street, Ste. 1600
Brooklyn, NY 11242
(718) 596-1304
Fax: (718)-596-8059
Email: aellis@ellisgrouplaw.com

Application GRANTED.  Within **one week** of a decision on the Report & Recommendation, ECF No. 74, the parties shall file a letter or letters proposing next steps and/or a briefing schedule on any motion for summary judgment.

The Clerk of Court is directed to terminate ECF No. 77.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: March 10, 2026

2